FILED
CLERK

TO: Clerk's Office
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

2016 MAY -9 PM 1: 35

U.S. DISTRICT
EASTERN DISTRICT
OF NEW YORK



**APPLICATION FOR LEAVE
TO FILE DOCUMENT UNDER SEAL**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
UNITED STATES OF AMERICA
vs.
AKHROR SAIDAKHMETOV, ABROR
HABIBOV, ~~[redacted]~~
AKMAL ZAKIROV AND DILKHAYOT
KASIMOV

15-CR-95 (S-3)(WFK)
Docket Number

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SUBMITTED BY: Plaintiff___ Defendant___ DOJ ✓
Name: Alexander Solomon
Firm Name: U.S. Attorney's Office
Address:   275 Cadman Plaza East
           Brooklyn, New York 11201
Phone Number: 718-254-6074
E-Mail Address: Alexander.Solomon@usdoj.gov

INDICATE UPON THE PUBLIC DOCKET SHEET: YES___ NO ✓
If yes, state description of document to be entered on docket sheet:

Superseding Indictment and Arrest Warrant

A) **If pursuant to a prior Court Order:**
Docket Number of Case in Which Entered:_____
Judge/Magistrate Judge:_____
Date Entered:_____

B) **If a new application,** the statute, regulation, or other legal basis that authorizes filing under seal
Newly named Defendant has not been arrested; premature disclosure may have a negative impact on the investigation

**ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY NOT BE UNSEALED UNLESS ORDERED BY THE COURT.**

DATED:  Brooklyn          , NEW YORK
        May 9, 2016

_____
**U.S. DISTRICT JUDGE/U.S. MAGISTRATE JUDGE**

RECEIVED IN CLERK'S OFFICE May 9, 2016
                                    DATE

**MANDATORY CERTIFICATION OF SERVICE:**
A.) ___ A copy of this application either has been or will be promptly served upon all parties to this action, B.) ___ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation:_____; or C.) ✓ This is a criminal document submitted, and flight public safety, or security are significant concerns.
(Check one)

May 9, 2016                            [signature]
DATE                                   SIGNATURE