

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

PWB
F. #2014R01413

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 13, 2017

<u>By Federal Express and ECF</u>

Lawrence M. Stern, Esq.
100 Hudson Street, Ste. 6A
New York, New York 10013
*Counsel for defendant Rakhmatov*

      Re:    <u>United States v. Rakhmatov</u>
             <u>Criminal Docket No. 15-95 (WFK)</u>

Dear Counsel:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, enclosed is a DVD containing copies of the unclassified discovery that was previously produced to your client's prior counsel, Jeremy Schneider. Also enclosed are hard copies of the prior discovery letters provided to Mr. Schneider. The enclosed discovery is being produced pursuant to the Stipulation and Protective Order entered by the Court with respect to your client. Any additional discovery will be provided to you as it becomes available. The government hereby also requests reciprocal discovery. If you have any questions or further requests, please do not hesitate to contact me.

                            Very truly yours,

                            BRIDGET M. ROHDE
                            Acting United States Attorney

              By:    /s/ Peter W. Baldwin
                      Peter W. Baldwin
                      Assistant U.S. Attorney
                      (718) 254-7000

Enclosures

cc:    Clerk of the Court (WFK) (by ECF) (without enclosures)