

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

PWB
F. #2014R01413

*271 Cadman Plaza East
Brooklyn, New York 11201*

April 18, 2018

<u>By Federal Express and ECF</u>

Lawrence M. Stern, Esq.
100 Hudson Street, Ste. 6A
New York, New York 10013
*Counsel for defendant Rakhmatov*

    Re:   <u>United States v. Rakhmatov
           Criminal Docket No. 15-95 (WFK)                </u>

Dear Counsel:

       Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes additional discovery with respect to the above-referenced case. The enclosed discovery is being produced pursuant to the Stipulations and Protective Orders entered by the Court with respect to your client. Enclosed is a thumb drive containing communications involving your client, forensic images of your client's cellular phone, and a report related to your client's cellular phone. Any additional discovery will be provided to you as it becomes available. The government hereby also requests reciprocal discovery. If you have any questions or further requests, please do not hesitate to contact me.

                      Very truly yours,

                      RICHARD P. DONOGHUE
                      United States Attorney

       By:   <u>/s/ Peter W. Baldwin         </u>
               Peter W. Baldwin
               Assistant U.S. Attorney
               (718) 254-7000

Enclosures

cc:    Clerk of the Court (WFK) (by ECF) (without enclosures)