

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

DMP
F. #2014R01413

*271 Cadman Plaza East
Brooklyn, New York 11201*

July 20, 2018

By Hand Delivery (in Court) and ECF

Lawrence M. Stern, Esq.
100 Hudson Street, Ste. 6A
New York, New York 10013
*Counsel for defendant Rakhmatov*

      Re:    United States v. Azizjon Rakhmatov
                  Criminal Docket No. 15-95 (WFK)

Dear Mr. Stern:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes additional discovery with respect to the above-referenced case. The enclosed discovery is being produced pursuant to the Stipulation and Protective Order entered by the Court with respect to your client. Enclosed is a CD (labeled "Discovery July 20, 2018") containing a spreadsheet with pen register data regarding your client. Any additional discovery will be provided to you as it becomes available. The government hereby also requests reciprocal discovery. If you have any questions or further requests, please do not hesitate to contact me.

                  Very truly yours,

                  RICHARD P. DONOGHUE
                  United States Attorney

        By:   /s/ Douglas M. Pravda
              Douglas M. Pravda
              Assistant U.S. Attorney
              (718) 254-7000

Enclosures

cc:    Clerk of the Court (WFK) (by ECF) (without enclosures)