

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DKK

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 24, 2018

**By ECF**

The Honorable William F. Kuntz, II
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Dilkhayot Kasimov and Azizjon Rakhmatov
             Criminal Docket No. 15-95 (WFK)

Dear Judge Kuntz:

      The government respectfully submits this letter jointly on behalf of the parties to request an adjournment of the status conference currently scheduled for Wednesday, October 31, 2018, in the above-referenced matter. Because each defendant is engaged in ongoing discussions with the government about a potential disposition of this matter short of trial, or is awaiting additional discovery from the government that would assist that process, Kelley Sharkey, Esq., counsel to defendant Kasimov, and Lawrence Stern, Esq., counsel to defendant Rakhmatov, have agreed that an adjournment of approximately 45 days, to a date in December 2018, would be appropriate to give the parties sufficient time to continue those discussions.

      In addition, the parties jointly request that the time between October 31, 2018 and the date of the next status conference be excluded for speedy trial purposes because of ongoing plea negotiations. The government respectfully suggests that the ends of justice are served by granting this request so that the parties may concentrate on plea negotiations and

that the parties' interests in conducting these negotiations outweigh the interests of the public and the defendants in a speedy trial.

                                        Respectfully submitted,

                                        RICHARD P. DONOGHUE
                                        United States Attorney

By:      /s/
                                        David K. Kessler
                                        Assistant U.S. Attorney
                                        (718) 254-7202

cc:    Clerk of the Court (WFK) (by ECF)
       Kelley Sharkey, Esq. (by ECF)
       Lawrence Stern, Esq. (by ECF)