

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DMP
F. #2014R01413

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 28, 2018

By ECF

Lawrence M. Stern, Esq.
100 Hudson Street, Ste. 6A
New York, New York 10013
*Counsel for defendant Rakhmatov*

Elizabeth Macedonio, Esq.
80 Broad Street, Suite 1900
New York, New York 10004
*Counsel for defendant Kasimov*

Re: United States v. Abdurasul Juraboev, et al.
Criminal Docket No. 15-95 (WFK)

Dear Counsel:

The government writes to memorialize its supplemental production of classified information, which the government has today provided to the Court Information Security Officer. This production supplements the government's prior productions of classified information. These materials are covered by any and all discovery orders previously entered into in this case.

Very truly yours,

RICHARD P. DONOGHUE
United States Attorney

By:   /s/ Douglas M. Pravda
Douglas M. Pravda
Alexander A. Solomon
David K. Kessler
Assistant U.S. Attorneys
(718) 254-7000

cc:   Clerk of the Court (WFK) (by ECF)