*LAWRENCE MARK STERN*, *Attorney At Law*
*100 Hudson Street, #6A, New York, New York 10013*
*212-925-6863   fax  212-925-6850*   lmstern@verizon.net
_____

July 30, 2019

Hon. William F. Kuntz
United States District Court           Re: United States v. Juraboev, et.al.,
Eastern District of New York                Azizjon Rakhmatov, defendant
225 Cadman Plaza East                             15-95 WFK
Brooklyn, New York 11201
Dear Judge Kuntz,

      This letter requests, with the consent of the government, the Court's authorization to defense counsel for codefendants Rakhmatov and Kazimov in the above referenced case, to share the motions they have filed under seal on each defendant's behalf. The authorization, pursuant to the Court's protective order of October 3, 2017, would cover the motions drafted by counsel and any attached exhibits, other than affidavits by government agents or other materials prepared by the government.

      Defendants are joined for trial, therefore their individual defenses and strategies must take into account those of the codefendant, lest prejudice to due process fair trial rights ensue.

      Motions referring to classified materials would be shared pursuant the specialized delivery procedures applicable to them.

      It is submitted that the Court's endorsment on this letter would suffice to direct the parties.

Thank you for your attention.

Respectfully,

S/ Lawrence Mark Stern
LAWRENCE MARK STERN
Attorney for Azizjon Rakhmatov

cc: Elizabeth Macedonio
    Kelley Sharkey

Attorneys for defendant Kasimov

David Kessler, AUSA
Douglas Pravda, AUSA