*LAWRENCE MARK STERN, Attorney At Law*
*100 Hudson Street, #6A, New York, New York 10013*
*212-925-6863   fax  212-925-6850   lmstern@verizon.net*
_____

August 1, 2019

To: Judge William F. Kuntz
    The Clerk of the Court
    All counsel

      Please take notice that defendant Rakhmatov in the case United States v. Juraboev, et. al., 15-95 WFK, has this day filed under seal a MOTION TO SUPPRESS PEN REGISTER, TRAP AND TRACE, CELL SITE INFORMATION, TELECOMMUNICATIONS RECORDS AND ALL OTHER DATA AND INFORMATION FROM DEFENDANT'S PHONES.

      Yours truly,

      <u>S/Lawrence Mark Stern</u>
      LAWRENCE MARK STERN
      Attorney for Azizjon Rakhmatov