UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -                                                                  15-CR-95 (WFK)

ABDURASUL JURABOEV, et al.,

       Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

       PLEASE TAKE NOTICE that Assistant United States Attorney J. Matthew Haggans from this point forward will be added as counsel in the above-captioned matter.

       All future correspondence to the United States in the above-captioned matter should be sent to:

       Assistant U.S. Attorney J. Matthew Haggans
       United States Attorney's Office (Criminal Division)
       271 Cadman Plaza East
       Brooklyn, New York 11201
       Tel:  (718) 254-6127
       Fax: (718) 254-6320
       Email: matthew.haggans@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney J. Matthew Haggans at the email address set forth above.

Dated: Brooklyn, New York
August 1, 2019

                                           Respectfully submitted,

                                           RICHARD P. DONOGHUE
                                           United States Attorney

                               By:    /s/ J. Matthew Haggans
                                           J. Matthew Haggans
                                           Assistant U.S. Attorney

cc: Clerk of the Court (WFK)