*LAWRENCE MARK STERN, Attorney At Law*
         *100 Hudson Street, #6A, New York, New York 10013*
              *212-925-6863   fax  212-925-6850   lmstern@verizon.net*
_____

August 17, 2019

Hon. William F. Kuntz
United States District Court              Re: United States v. Juraboev, et.al.,
Eastern District of New York                   <u>Azizjon Rakhmatov, defendant</u>
225 Cadman Plaza East                                15-95 WFK
Brooklyn, New York 11201
Dear Judge Kuntz,

      This letter replies to the letter motion of the government dated August 16, 2019, seeking an order dismissing defendant Rakhmatov's pretrial motions in the above referenced case. Defendant submits that such an order is unnecessary, because the motions are waived according to the terms of the plea agreement and the Supreme Court decision in *Class v. United States*, 138 S.Ct. 79 ( 2018).

      Thank you for your attention.

                    Respectfully,

                   S/ Lawrence Mark Stern
                   LAWRENCE MARK STERN
                   Attorney for Azizjon Rakhmatov

cc: Michael Hagans, AUSA
    All counsel
    via ECF