UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

        v.                                                **DECISION & ORDER**
                                                       15-CR-95-6

AZIZJON RAKHMATOV,

            Defendant.
-----------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

On July 30, 2023, Defendant Azizjon Rakhmatov filed a motion to unseal certain exhibits listed therein. ECF No. 587. On August 8, 2023, the Government filed in opposition to Defendant's request, ECF No. 588, and Defendant filed his reply that same day, ECF No. 589.

The Court notes, and the Government agrees, Defendant is permitted to quote any language included in a public filing on appeal. *See* ECF No. 588. The Court also notes the Government has partially withdrawn its objection to Defendant's request with respect to the unredacted May 5, 2023 translation of the Defendant's January 10, 2015 communication. *Id.*

As to the remainder of Defendant's request, the Court DENIES Defendant's motion to unseal the Affidavit. ECF No. 587.

                                                              **SO ORDERED.**

                                                               s/ WFK
                                                      HON. WILLIAM F. KUNTZ, II
                                                      UNITED STATES DISTRICT JUDGE

Dated: August 9, 2023
       Brooklyn, New York